MARC S. STERN
ATTORNEY AT LAW
1825 NW 65TH ST
SEATTLE, WA 98117
PHONE: (206) 448-7996
marc@hutzbah.com

HONORABLE JUDGE CHRISTOPHER M. ALSTON
CHAPTER 7
LOCATION: SEATTLE
HEARING: SEPTEMBER 26, 2024
HOUR: 9:30 A.M.
RESPONSE DUE: N/A

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>Melanie A. Smith<br><br>        Debtor. | NO. 24-10218<br><br>MOTION FOR AUTHORIZING WITHDRAWAL AS THE ATTORNEY OF THE DEBTOR |

Marc S. Stern moves the court for order authorizing immediate withdrawal from representation of the debtor in these proceedings. This motion is based upon the records and files herein and the declaration of Marc S. Stern subjoined.

Dated this September 11, 2024.

                                      */s/ Marc S. Stern*
                                      Marc S. Stern
                                      WSBA #8194

DECLARATION

Marc S. Stern declares under penalty of perjury that the following is true and correct to the best of my knowledge and belief.

I am an attorney licensed to practice law in the state of Washington and have been licensed since 1978. I have been admitted in this Court also since 1978.

MOTION FOR AUTHORIZING WITHDRAWAL
AS THE ATTORNEY OF THE DEBTOR - 1

MARC S. STERN
ATTORNEY AT LAW
1825 NW 65TH ST
SEATTLE, WA 98117
PHONE: (206) 448-7996

MARC S. STERN
ATTORNEY AT LAW
1825 NW 65TH ST
SEATTLE, WA 98117
PHONE: (206) 448-7996
marc@hutzbah.com

I have actual knowledge of the matters hereinafter and set forth.

As was apparent at the last hearing, my representation of the debtor is impossible. We no longer communicate, and Ms. Smith has her own ideas about what can and/or should be done. I do not believe I can ethically represent her on things she requests that are not legally possible.

Withdrawal should be done as immediately as possible so that Ms. Smith can be the captain of her own faith.

Executed under penalty of perjury this September 11, 2024.

                                                     */s/ Marc S. Stern*
                                                     Marc S. Stern
                                                     WSBA #8194

MOTION FOR AUTHORIZING WITHDRAWAL
AS THE ATTORNEY OF THE DEBTOR - 2

MARC S. STERN
ATTORNEY AT LAW
1825 NW 65TH ST
SEATTLE, WA 98117
PHONE: (206) 448-7996