Judge: Honorable Judge Alston
Chapter: 7
Hearing Location: Seattle
Hearing Date: 1-23-25
Hearing Time: 9:30 AM
Response Date: ___

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

Melanie A Smith

Debtor(s)

CAUSE NO: 24-10218-CMA

**MOTION TO**
Convert from a Chapter 7 to a Chapter 13

The Party(s) hereby move(s) the Court for an Order to

Convert a Chapter 7 into a Chapter 13,

for the following reasons:

Since my Chapter 13 was converted back to a Chapter 7, Melanie Smith has received a second job and a pledge from a family member of $1500 a month to help with expenses, for a total of $3500 on top of her Social Security payment of over $1600. She has worked tirelessly with Selene Finance for a remodification, only to be unable to get the package through due to being told she did not have a complete package. Six weeks later, with all paper in, she was told today she needed to circle the deposits on her bank statements before they would be submitted. It is apparent Selene Finance will not be cooperative even though a $60,000 HAF grant was in place with resolution.

Dated: 1/21/2025

Moving Party
*/s/ Melanie A Smith*
Name (Inc. WSBA #, if applicable)

Attorney for ___