The Honorable Christopher M Alston
Chapter 7
Hearing Location: United States Bankruptcy
Court, Courtroom 7206,
700 Stewart Street,
Seattle, WA 98101
Hearing Date: April 3,2025
Hearing Time: 9:30 am
Response Date: March 27, 2025

UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Melanie A Smith aka M A Smith aka M Smith<br><br>Debtor | ) NO. 24-10218-CMA<br>)<br>) MOTION TO DETERMINE WHO<br>) GETS THE DEBTOR'S REAL<br>) PROPERTY HOME<br>)<br>)<br>)<br>)<br>)<br>) |

COMES NOW, Debtor, by and through attorney William C. Budigan, moves for an ORDER TO DETERMINE WHO GETS THE DEBTOR'S REAL PROPERTY HOME, and states as follows:

Debtor Melanie Smith has lived in her home for decades.

Foreclosure sale of the first mortgage by creditor US Bank is set for 4/11/25 AM.

Bankruptcy Trustee has an agent and offer for under what Debtor thinks is the expected appraisal price of $1.5M and also has an offer with escalator to $1.5.

Debtor has a homestead exemption of $ 968,333. See attached.

Debtor has no debts other than the first and second and has moved for a determination of the balances due on those per six years statute of limitations for unpaid mortgage payments, down to 1st :    $388,218.67

2nd: **$475,970.41**    **TOTAL:  $ 864,189.08  ( or less,depending on court ruling)**

**Instead of leaving plenty of equity disappearing, Debtor is working gain now in real estate and has another part time job of $2000/ month and social security of over $1700 and moves the court to vacate its order of 8/23/25 herein and put first mortgage creditor US Bank back under CH 7 stay and then convert CH7 to Ch13 and allow Debtor to keep her home and make payments to first and second of $5000. See her Declaration filed herewith.**

**Court: Who gets the house?**

DATED this 21st day of March, 2025 at Seattle, Washington.

/s/_____William Budigan_____
William C. Budigan, WSBA #13443
Attorney for Debtor

 Gmail     William Budigan <info@budiganlaw.com>

## Do you have a report that shows the King County 2024 median house price?
2 messages

---

**William Budigan** <info@budiganlaw.com>     Sun, Mar 16, 2025 at 10:22 PM
To: wcrer@uw.edu

Thank you,
Bill Budigan
Budigan Law Firm
(206) 284-5305

---

**WCRER** <wcrer@uw.edu>     Mon, Mar 17, 2025 at 5:42 AM
To: William Budigan <info@budiganlaw.com>

Bill,

Yes, go to wcrer.be.uw.edu, click on Housing Market Data and then Annual Median Price.

Best regards,
Steve

Steven C. Bourassa, Ph.D.
Director, Washington Center for Real Estate Research
University of Washington

---

**From:** William Budigan
**Sent:** Sunday, March 16, 2025 10:22 PM
**To:** WCRER
**Subject:** Do you have a report that shows the King County 2024 median house price?
[Quoted text hidden]

# MEDIAN HOME PRICES

State of Washington and Counties
Annual 2017-2024

| County | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|
| Adams | $154,100 | $160,600 | $192,700 | $216,900 | $257,900 | $299,200 | $315,000 | $317,000 |
| Asotin | $197,100 | $216,700 | $200,000 | $216,900 | $250,800 | $292,500 | $307,400 | $323,700 |
| Benton | $244,000 | $276,700 | $299,800 | $329,500 | $378,200 | $440,300 | $428,500 | $434,200 |
| Chelan | $305,100 | $337,200 | $357,000 | $418,600 | $502,800 | $589,200 | $550,000 | $605,400 |
| Clallam | $270,300 | $293,000 | $309,800 | $352,600 | $420,600 | $452,400 | $474,100 | $503,500 |
| Clark | $332,800 | $359,100 | $371,700 | $403,700 | $481,600 | $543,700 | $541,400 | $568,600 |
| Columbia | $152,700 | $162,700 | $186,400 | $214,700 | $256,200 | $269,400 | $245,800 | $279,500 |
| Cowlitz | $225,600 | $246,900 | $275,200 | $307,500 | $362,100 | $383,200 | $397,500 | $406,500 |
| Douglas | $283,000 | $318,200 | $347,800 | $373,200 | $450,000 | $458,100 | $444,600 | $502,800 |
| Ferry | $146,700 | $164,000 | $160,000 | $172,900 | $229,200 | $237,500 | $244,400 | $195,000 |
| Franklin | $244,000 | $276,700 | $299,800 | $329,500 | $378,200 | $440,300 | $428,500 | $434,200 |
| Garfield | $197,100 | $216,700 | $200,000 | $216,900 | $178,000 | $207,100 | $270,000 | $225,000 |
| Grant | $190,500 | $202,300 | $227,900 | $258,500 | $311,700 | $357,100 | $336,600 | $349,700 |
| Grays Harbor | $169,400 | $191,600 | $215,200 | $251,100 | $309,900 | $353,900 | $346,400 | $358,100 |
| Island | $340,400 | $366,000 | $388,100 | $442,700 | $532,500 | $574,300 | $597,300 | $621,200 |
| Jefferson | $355,200 | $371,800 | $402,000 | $455,900 | $569,400 | $606,800 | $636,000 | $647,500 |
| King | $637,700 | $689,900 | $677,700 | $729,600 | $838,300 | $914,300 | $885,000 | $968,300 |
| Kitsap | $316,600 | $346,800 | $381,400 | $425,100 | $497,500 | $539,800 | $539,500 | $553,200 |
| Kittitas | $285,300 | $336,000 | $346,200 | $411,000 | $485,400 | $567,500 | $544,400 | $524,300 |
| Klickitat | $244,100 | $270,000 | $283,100 | $370,800 | $399,100 | $387,100 | $440,300 | $444,400 |
| Lewis | $199,200 | $227,400 | $258,700 | $304,100 | $364,300 | $400,100 | $396,300 | $420,800 |
| Lincoln | $105,000 | $115,600 | $142,500 | $202,100 | $215,600 | $239,300 | $239,300 | $252,500 |
| Mason | $213,600 | $242,900 | $271,900 | $319,600 | $378,300 | $409,900 | $401,900 | $424,800 |
| Okanogan | $198,700 | $217,800 | $220,400 | $254,500 | $309,000 | $352,500 | $356,400 | $368,400 |
| Pacific | $165,000 | $189,100 | $206,000 | $234,300 | $303,100 | $317,400 | $332,300 | $338,200 |
| Pend | $169,200 | $188,000 | $206,900 | $242,000 | $289,400 | $322,800 | $320,900 | $340,300 |
| Pierce | $315,700 | $347,400 | $372,200 | $424,300 | $508,300 | $554,400 | $537,400 | $567,800 |
| SanJuan | $516,700 | $550,000 | $652,000 | $694,800 | $887,500 | $958,300 | $956,800 | $900,000 |
| Skagit | $317,000 | $349,900 | $374,100 | $421,800 | $499,500 | $548,200 | $558,600 | $580,600 |
| Skamania | $271,600 | $292,000 | $323,100 | $340,500 | $400,000 | $432,600 | $463,900 | $503,900 |
| Snohomish | $439,300 | $482,100 | $493,000 | $549,400 | $676,900 | $760,600 | $725,700 | $781,700 |
| Spokane | $222,600 | $246,200 | $276,600 | $318,200 | $390,200 | $440,000 | $430,700 | $437,900 |
| Stevens | $169,200 | $188,000 | $206,900 | $242,000 | $289,400 | $322,800 | $320,900 | $340,300 |
| Thurston | $285,800 | $315,800 | $341,200 | $383,600 | $460,500 | $502,500 | $506,600 | $518,400 |
| Wahkiakum | $226,800 | $240,900 | $256,800 | $313,900 | $393,700 | $412,500 | $425,000 | $455,000 |
| Walla Walla | $217,900 | $244,900 | $260,300 | $306,100 | $376,400 | $422,900 | $414,700 | $429,900 |
| Whatcom | $343,600 | $382,300 | $401,300 | $444,400 | $547,400 | $608,300 | $591,900 | $639,900 |
| Whitman | $241,200 | $264,100 | $287,500 | $291,300 | $355,900 | $393,000 | $403,800 | $426,500 |
| Yakima | $204,200 | $226,600 | $249,000 | $281,500 | $327,200 | $351,000 | $350,700 | $364,400 |
| Statewide | $385,700 | $415,500 | $434,500 | $481,700 | $577,000 | $623,400 | $607,300 | $648,600 |



**WCRER** | WASHINGTON CENTER FOR REAL ESTATE RESEARCH