The Honorable Christopher M Alston
Chapter 7
Hearing Location: United States Bankruptcy
Court, Courtroom 7206,
700 Stewart Street,
Seattle, WA 98101
Hearing Date: MOTION SHORTENING
AT JUDGE'S DISCRETION
FOR REQUESTED HEARING 4/3/25
Hearing Time: 9:30 am
Response Date: PROPOSED FOR THE
FUTURE HEARING: 3/31/25 NOON

UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | ) NO. 24-10218-CMA |
| | ) EX PARTE MOTION & |
| Melanie A Smith aka M A Smith aka M Smith | ) DECLARATION TO SHORTEN |
| | ) TIME |
| Debtor | ) FOR DEBTOR MOTIONS TO |
| | ) 4/3/25 OR AT LATEST 4/10/25 |
| | ) |

COMES NOW, Debtor Melanie Smith, by and through her attorney, William C. Budigan, to shortened time for the hearing of Debtor's several motions regarding converting CH 7 to CH13, Vacating 8/23/24 Order and Staying First Mortgage Creditor's foreclosure 4/11/25, regarding claims of first and second mortgage amounts due and regarding sale or foreclosure of Debtor's home to be heard on 4/3/25 9:30am, Seattle, OR at least on 4/10/25 9:30am, Seattle, instead of 21 days or longer notice that would be AFTER the first mortgage Creditor's foreclosure sale set for 4/11/25.

Debtor Melanie Smith is filing several motions

MOTION FOR DETERMINATION OF AMOUNTS OWING TO FIRST AND SECOND MORTGAGES AFTER REDUCTION FOR STATUTE OF LIMITATIONS BARRED MISSED PAYMENTS AND MEMORANDUM IN SUPPORT

DEBTOR'S MOTION TO VACATE ORDER OF 8/23/24 AND REINSTATE CREDITOR CLAIM OF U.S. BANK TRUST NATIONAL ASSOCIATION (FORMERLY WILMINGTON SAVINGS FUND SOCIETY) AND THE STAY THEREON IN CHAPTER 7 AND CONVERT CHAPTER 7 TO CHAPTER 13 –this is not filed yet, but will be filed 3/25/25 .

MOTION TO DETERMINE WHO GETS THE DEBTOR'S REAL PROPERTY HOME

MOTION FOR ORDER THAT THE DEBT TO WASHINGTON STATE EMPLOYMENT SECURITY DEPARTMENT HAS BEEN WAIVED AND ORDER REMOVING THE DEPARTMENT AS A CREDITOR IN DEBTOR'S CHAPTER 7

MOTION FOR ORDER THAT THE DEBT TO COMCAST/WAYPOINT FOR $149 HAS BEEN PAID AND ORDER REMOVING COMCAST/WAYPOINT AS A CREDITOR IN DEBTOR'S CHAPTER 7

HOWEVER, time should be shortened to allow a decision by the court after an opportunity for briefing and argument, so that there is a decision PRIOR to the 4/11/25 foreclosure of Debtor's house.

DATED this 21st day of March, 2025.

        \_/s/_____
William C. Budigan,   WSBA #13443
Attorney for Debtor, Melanie Smith
2601 42nd Avenue W, Seattle, WA 98199
(206) 284-5305
Info@budiganlaw.com

## DECLARATION OF WILLIAM C. BUDIGAN

1. I am the attorney for Debtor.

2. Good cause exists for shortening the time : First mortgage creditor has a foreclosure sale 4/11/25 and the Bankruptcy trustee and debtor have Purchase and Sale Agreements awaiting approval. However, Debtor wants to keep her house and is moving to convert the Ch7 to Ch13 for the two mortgages. We all need all this resolved before 4/11/25 foreclosure. .

3. Per Rule 9031-1(B):.. all parties entitled to notice of the underlying motions and this was done by email on 3/21/25, 3/23/25, and today 3/24/25. See EX A attached unagreed Stipulation for Shortening time and responses of counsel. US Trustee was on the Court clerk list of parties, but reports he is not involved in this case; First Mortgage creditor US Bank does not have a response from client yet; Trustee is still considering the issues and we have talked today with his counsel. No one has signed on the Stipulation , so because time is of the very essence, Debtor has made this subsection (C) Ex Parte Application: "A motion requesting an order shortening time or limiting notice may be granted ex parte in the court's discretion.  In the absence of a stipulation signed by counsel for all parties having an interest in the motion including the trustee, the applicant's attorney shall certify in writing the efforts that have been made to give notice to those parties and the reasons why further notice should not be required." I have done that here.

Subsection (D) Hearing on the Motion to Shorten Time or Limit Notice. Hearing on the motion to shorten time or limit notice may be scheduled at the court's discretion.

I certify the above is true and correct under penalty of the perjury laws of the State of Washington.

DATED this 26th day of March , 2025 at Seattle, Washington.

_____
WILLIAM C. BUDIGAN WSBA #13443
Attorney for Debtor

Seattle–Thursdays

| April | 3  | 2025 | @ 9:00 a.m.  | Pretrials            |
|-------|----|------|--------------|----------------------|
| April | 3  | 2025 | @ 9:30 a.m.  | Ch 7, 11             |
| April | 10 | 2025 | @ 9:00 a.m.  | Pretrials            |
| April | 10 | 2025 | @ 9:30 a.m.  | Ch 7, 11, 13 (Combined) |
| April | 10 | 2025 | @ 11:00 a.m. | Adversary            |

Everett:

| April (Tuesday) | 1 | 2025 | @ 9:30 a.m. | Ch 7, 13 |

Port Orchard:

| April (Tuesday) | 1 | 2025 | @ 9:30 a.m. | Ch 7, 13 |