The Honorable Christopher M Alston
Chapter 7
Hearing Location: United States
Bankruptcy
Court, Courtroom 7206,
700 Stewart Street,
Seattle, WA 98101
Hearing Date: JUDGE'S DISCRETION
Hopefully 4/3/25
Hearing Time: 9:30 am
Response Date: 4/27/25

UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Melanie A Smith aka M A Smith aka M Smith<br><br>Debtor | ) NO. 24-10218-CMA<br>)<br>) DECLARATION OF MELANIE<br>) SMITH IN SUPPORT OF<br>) CONVERTING CHAPTER 7 TO<br>) CHAPTER 13 AND VACATING<br>) ORDER OF 8/23/24<br>)<br>)<br>)<br>) |

I, MELANIE SMITH, being over the age of 18 and competent to testify herein, make the following declaration based on my personal knowledge:

I am the Debtor herein. I am writing to explain the change of circumstances in my personal life and in my working life since I have been in Chapter 7 and now want to convert it to Chapter 13. First, I will explain my income, then I will explain final debts, and request for conversion from CH 7 to 13 to save my home of about 34 years.

1

**INCOME**

I have been a real estate agent with John L. Scott since January of 1991, so 34 years. I have always been in the Magnolia branch office. I have a broker and managing broker license. I was the top producer for many years and have many stacks of awards for production et cetera. I am in bankruptcy because of a long term illness and many downturns in the market. I have endured significant physical and financial challenges in recent years due to a painful nerve illness, compounded by the impact of the Great Recession and the COVID-19 pandemic. I was in Chapter 13 for 5 years and had only 3 more months to go when I just could not make the $4,000 per month payments after 5 years of having done so. And that situation converted me back from a Chapter 13 to a Chapter 7 that I am in now. The Chapter 7 Trustee hired a real estate agent to sell my house and she listed about a month ago and has offers, but in a sale paying off my only two creditors, a first and second mortgage, I will receive very little from the sale and will have to move to an apartment. However, I am now capable of earning sufficient income to make court required payments under Chapter 13 and keep my home.

I am 65 years old and receive Social Security of about $1,712.92 per month net direct deposit from 2024, see Statement attached. In 2025, direct deposit is $1,675 ( after medicala deduction).

I am working part-time 20 hours per week for $2,000 per month at Emmar Biggens, LLC., which owns The Diner in the Gulf Shores area of Alabama. I am not from that area, but my brother worked there and I came to know the company and after he passed away a few years ago, the diner asked me to market for them because of my marketing career of over 30 years. I write advertising copy and directions for the photographs, et cetera and they take my work and

2

give it to their own marketing company who mostly advertises over the internet across the country and it drives business to their diner. I started 12/24 and I attach my 2024 1099 of $1,400 for December 2024 only. My $2,000 per month is directly deposited into my Keybank Account ....8036. See attached bank statements for 1/1/25 through 3/20/25 of $500 each week, $2,000 per month.

I am now working full-time as a real estate agent at least 40 hours per week. I currently have 3 listings. I am pending a sale closing of 4/3/25 for a triplex on Queen Anne for $1,225,000. I am both the listing and the selling agent and the commission is 5%. I split that with John L. Scott. I am to receive 2.5% = $30,625.

I have a listing for a $1M, 17,000+ square foot parcel in Seattle that is buildable and I have been working with three potential buyers, one of whom wants to build a 100 unit apartment complex on the property. I am a residential and commercial real estate broker. I have a written proposal on the property at $995,000 and I am expecting that this becomes a deal and provides me the listing and selling both side commissions at 6%. After John L. Scott's portion, I should net about $30,000.

I have a third listing for a small lot in Magnolia and interested parties.

**FUTURE INCOME**

I am increasing my potential listing and sales marketing in Magnolia and I am physically able and optimistic in this good market. I believe that I should be able to do *at least* four transactions a year (I used to do four transactions a month in good markets over the years) at a minimum giving me net commissions of $16,250 (lower average sales price $1.3M times 5% commission = $65,000 divided by 2 = 2.5% commission for one side of the transaction =

3

$32,500, but that 2.5% to John L. Scott nets me 1.25% = $16, 250) each transaction times 4 = $65,000/ 12 = $5,416.66 per month. **I believe this to be a very conservative, very low number of transactions and expected income of at least $5,000 per month. I think more realistically, I can do closer to 10 transactions per year of a combination of listings and representing buyers.**

Therefore, I am expecting income of at least $8,000 per month (SS $1,712.92, Emmar Biggens, LLC $2,000, Real-Estate $5,000) and should have no problem making Chapter 13 Trustee payments of at least $4,000 like I did for four years when I was in Chapter 13. My only debts are my first and second mortgages and their monthly payments for the first mortgage is $1,883.19 and the second mortgage is $2,379.33 and their total together is $4,262.52. That PLUS monthly Trustee fee is about $1,500 – I think about $18,000 per year Trustee fee divided by 12 = $5,762.52. I can make this payment and there is sufficient income for my other living expenses.

I request that the Court convert my Chapter 7 to a Chapter 13 so that I can keep my home and much greater equity than the offers on the table through Trustee and certainly more than it will fetch in a foreclosure sale. I understand that the Court signed an Order 8/23/24 drafted by lawyers for the first mortgage indicating that the Lender was awarded relief from stay to foreclose the property and that the Order specifically said at the end that the first mortgage Lender would not be put back into Chapter 7 and would not be a creditor in a Chapter 13 if the Chapter 7 were converted into Chapter 13 and I ask that the Court vacate that Order and reinstate the first mortgage into my Chapter 7 before converting it to a Chapter 13.

4

I certify that the above is true and correct under penalty of the perjury laws of Washington State.

Dated March 20, 2025 at Seattle, Washington.


_/s/__Melanie Smith_____
    Melanie Ann Smith, DEBTOR



March 21st, 2025

Broker's Price Opinion for 3057 42nd Ave West Seattle, WA 98199

Melanie Smith is a managing broker with John L. Scott Real Estate for 34 years. She has a Founder's Circle designation which recognizes those who have served the company for 20 years or more. She sells real estate all over the Seattle area but specializes in The Magnolia community where she lives and works. Melanie has lived at 3057 42nd Ave W since August of 1992. She rented the property for 12 years until the property became available for sale.

It is the broker's professional opinion the property is worth $1.5 million dollars currently. This price is reflected in the land value, the surrounding properties, the view, and view potential to the west.

The property was listed by Melanie on January 31st, 2025 for $1,475,000. Immediate interest ensued with multiple offers, highest was at $1,475,000 with an escalation clause up to $1.5 million dollars.

John L. Scott was forced to cancel the listing for the trustee's real estate agent who re-listed the property for $1 million. On March 17th, 2025 the property had a price increase of from $1 million to $1,300,000. Offers are still being encouraged.

Please do not hesitate to call Melanie with any questions.

Sincerely,

*Melanie Smith*

Melanie Smith
Managing Broker
John L. Scott Real Estate
206-369-3404

Find your HOME on
www.JohnLScott.com



# Certificate of Achievement

John L. Scott Real Estate

THIS CERTIFICATE IS PRESENTED TO

## MELANIE SMITH

MAGNOLIA OFFICE

**HIGHEST $ VOLUME & NUMBER OF TRANSACTIONS IN MARCH**

MARK JOHNSTON, BROKER

John L. Scott
REAL ESTATE
What's important is you.

2005

April 12, 2005

DATE

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2024**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

Box 1. Name
MELANIE A SMITH

Box 2. Beneficiary's Social Security Number
~~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~~

Box 3. Benefits Paid in 2024
$21,777.90

Box 4. Benefits Repaid to SSA in 2024
NONE

Box 5. Net Benefits for 2024 (Box 3 minus Box 4)
$21,777.90

### DESCRIPTION OF AMOUNT IN BOX 3

| | |
|---|---|
| Paid by check or Direct deposit | $20,555.00 |
| Medicare Part B premiums deducted from your benefits | $1,222.90 |
| Total Additions | $21,777.90 |
| Benefits for 2024 | $21,777.90 |

### DESCRIPTION OF AMOUNT IN BOX 4
NONE

Box 6. Voluntary Federal Income Tax Withheld
NONE

Box 7. Address
MELANIE A SMITH
3057 42ND AVE W
SEATTLE WA 98199-2421

Box 8. Claim Number (*Use this number if you need to contact SSA.*)
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A

Form SSA-1099-SM (1-2025)    **DO NOT RETURN THIS FORM TO SSA OR IRS**

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0116 | **Nonemployee Compensation** |
|---|---|---|---|
| Emmar Biggens LLC<br>2200 E 2nd St, Suite E<br>Gulf Shores, AL 36542<br>(251) 776-3332 | | Form **1099-NEC**<br>(Rev. January 2024)<br>For calendar year **2024** | |

| PAYER'S TIN | RECIPIENT'S TIN | 1 Nonemployee compensation<br>$ 1400.00 | **Copy B**<br>**For Recipient** |
|---|---|---|---|
| ~~47-25~~0518 | ~~###-##-####~~ | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |

RECIPIENT'S name

Melanie A Smith

Street address (including apt. no.)

3057 42nd Ave W Seattle, WA 98199

City or town, state or province, country, and ZIP or foreign postal code

Seattle, WA 98199

Account number (see instructions)

| 2 Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ |
| 3 |
| 4 Federal income tax withheld<br>$ |

| 5 State tax withheld | 6 State/Payer's state no. | 7 State income |
|---|---|---|
| $ | WA | $ 1400.00 |
| $ | | $ |

Form **1099-NEC** (Rev. 1-2024) (keep for your records) www.irs.gov/Form1099NEC Department of the Treasury - Internal Revenue Service

KeyBank  
P.O. Box 93885  
Cleveland, OH 44101-5885

T0279 0000 R 45 T1  
M SMITH  
3057 42ND AVE W  
SEATTLE WA 98199-2421

**Key Smart Checking®**

Account number ending: 8036

November 7, 2024 to December 6, 2024

## Account Summary

| | |
|---|---|
| Beginning Balance on November 7, 2024 | $4,295.68 |
| **Deposits (Money In)** | |
| Deposits | $2,040.01 |
| **Withdrawals (Money Out)** | |
| Withdrawals | -$177.01 |
| Checks | -$80.65 |
| **Ending Balance on December 6, 2024** | **$6,078.03** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.



**Customer Service:**

1-800-KEY2YOU® (1-800-539-2968)

For clients using a TDD/TTY device, please call 1-800-539-8336



**Your Branch:**

2401 34TH W  
SEATTLE WA 98199  
206-585-9360



**Sign On or Enroll in Online and Mobile Banking:**

key.com

00472792048036-04731

Page 1 of 2

 Key Smart Checking | Account number ending: 8036

## Deposits

| Date | Description | Amount |
|---|---|---|
| 11/21 | GUSTO ACCTVERIFY | $0.01 |
| 11/25 | SSA TREAS 310 XXSOC SEC | $1,640.00 |
| 12/06 | GUSTO PAYROLL CON 301551 | $400.00 |
| **Total Deposits** | | **$2,040.01** |

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 11/12 | SIGN PROS INC REDMOND WA | $93.00 |
| 11/12 | CHEWY.COM 800-672-4399 FL | $1.22 |
| 11/25 | POS MAC TRADER JO TRAD SEATTLE WA | $82.79 |
| **Total Withdrawals** | | **-$177.01** |

## Checks

| Number | Date | Amount |
|---|---|---|
| 6828 | 12/02 | $80.65 |
| **Total Checks** | | **-$80.65** |

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
Questions? Call the number on this statement, visit your local branch or contact your banker.

## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at *KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206* as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
For clients using a TDD/TTY device, please call 1-800-539-8336

KeyBank 🔑  | KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

T0279 0000 R 45 T1
M SMITH
3057 42ND AVE W
SEATTLE WA 98199-2421

# Key Smart Checking®

Account number ending: 8036

December 6, 2024 to January 8, 2025

## Account Summary

| | |
|---|---:|
| Beginning Balance on December 6, 2024 | $6,078.03 |
| Deposits (Money In) | |
| Deposits | $3,081.70 |
| Withdrawals (Money Out) | |
| Withdrawals | -$461.53 |
| Checks | -$225.65 |
| **Ending Balance on January 8, 2025** | **$8,472.55** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

---

**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
For clients using a TDD/TTY device, please call 1-800-539-8336

**Your Branch:**
2401 34TH W
SEATTLE WA 98199
206-585-9360

**Sign On or Enroll in Online and Mobile Banking:**
key.com

(I00472792048036-04731

Page 1 of 2

 Key Smart Checking | Account number ending: 8036

## Deposits

| Date | Description | Amount |
|---|---|---|
| 12/13 | GUSTO PAYROLL    CON 471032 | $500.00 |
| 12/20 | SSA TREAS 310  XXSOC SEC | $1,640.00 |
| 12/24 | GUSTO PAYROLL    CON 841146 | $500.00 |
| 01/08 | STAPLES INC           STAPLES.COM    MA | $41.70 |
| 01/08 | GUSTO PAYROLL    CON 337907 | $400.00 |
| **Total Deposits** | | **$3,081.70** |

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 12/20 | NORTHWEST MULTIPLE LIS    4258209200    WA | $310.00 |
| 12/27 | E-CHECK# 0000006829 AT&T SERVICES    CHKPAYMT | $69.19 |
| 01/02 | STAPLES INC           STAPLES.COM    MA | $41.70 |
| 01/02 | CHEWY.COM            800-672-4399  FL | $40.64 |
| **Total Withdrawals** | | **-$461.53** |

## Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 6760 | 12/19 | $145.00 | 6761 | 01/06 | $80.65 |
| | | | **Total Checks** | | **-$225.65** |

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
Questions? Call the number on this statement, visit your local branch or contact your banker.

### INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at **KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
For clients using a TDD/TTY device, please call 1-800-539-8336

KeyBank  |  KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

T0279 0000 R 45 T1
M SMITH
3057 42ND AVE W
SEATTLE WA 98199-2421

**Key Smart Checking®**

Account number ending: 8036

January 8, 2025 to February 7, 2025

## Account Summary

| | |
|---|---:|
| Beginning Balance on January 8, 2025 | $8,472.55 |
| Deposits (Money In) | |
| Deposits | $3,675.00 |
| Withdrawals (Money Out) | |
| Withdrawals | -$3,683.64 |
| Checks | -$80.00 |
| **Ending Balance on February 7, 2025** | **$8,383.91** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

---

 **Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
For clients using a TDD/TTY device, please call 1-800-539-8336

 **Your Branch:**
2401 34TH W
SEATTLE WA 98199
206-585-9360

 **Sign On or Enroll in Online and Mobile Banking:**
key.com

000472792048036-04731

Page 1 of 2

Case 24-10218-CMA    Doc 129    Filed 03/26/25    Ent. 03/26/25 12:32:30    Pg. 14 of 19

 Key Smart Checking | Account number ending: 8036

## Deposits

| Date | Description | Amount |
|---|---|---|
| 01/17 | GUSTO PAYROLL  CON 624026 | $500.00 |
| 01/17 | SSA  TREAS 310  XXSOC SEC | $1,675.00 |
| 01/24 | GUSTO PAYROLL  CON 884028 | $500.00 |
| 02/03 | GUSTO PAYROLL  CON 167710 | $500.00 |
| 02/06 | GUSTO PAYROLL  CON 275291 | $500.00 |
| **Total Deposits** | | **$3,675.00** |

## Withdrawals

| Date | Description | Amount |
|---|---|---|
| 01/17 | E-CHECK# 0000006762 AT&T SERVICES   CHKPAYMT | $83.64 |
| 01/31 | ATM   KEY 2401 34TH AVE W      SEATTLE   WA | $300.00 |
| 02/05 | WITHDRAWAL BRANCH 0279 WASHINGTON | $3,300.00 |
| **Total Withdrawals** | | **-$3,683.64** |

## Checks

| Number | Date | Amount |
|---|---|---|
| 6763 | 01/22 | $80.00 |
| **Total Checks** | | **-$80.00** |

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
Questions? Call the number on this statement, visit your local branch or contact your banker.

### INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at **KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
For clients using a TDD/TTY device, please call 1-800-539-8336

# KeyBank 🔑

KeyBank  
P.O. Box 93885  
Cleveland, OH 44101-5885

T0279 0000 R 45 T1  
M SMITH  
3057 42ND AVE W  
SEATTLE WA 98199-2421

## Key Smart Checking®

Account number ending: 8036

February 7, 2025 to March 7, 2025

## Account Summary

| | |
|---|---:|
| Beginning Balance on February 7, 2025 | $8,383.91 |
| **Deposits (Money In)** | |
| Deposits | $3,975.00 |
| **Withdrawals (Money Out)** | |
| Withdrawals | -$3,183.64 |
| Checks | -$80.91 |
| **Ending Balance on March 7, 2025** | **$9,094.36** |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.

 **Customer Service:**  
1-800-KEY2YOU® (1-800-539-2968)  
For clients using a TDD/TTY device, please call 1-800-539-8336

 **Your Branch:**  
2401 34TH W  
SEATTLE WA 98199  
206-585-9360

 **Sign On or Enroll in Online and Mobile Banking:**  
key.com

 Key Smart Checking | Account number ending: 8036

# Deposits

| Date | Description | Amount |
|---|---|---|
| 02/13 | GUSTO PAYROLL CON 468181 | $500.00 |
| 02/24 | SSA TREAS 310 XXSOC SEC | $1,675.00 |
| 02/25 | ATM KEY 2401 34TH AVE W SEATTLE WA | $300.00 |
| 03/05 | GUSTO PAYROLL CON 196763 | $500.00 |
| 03/06 | GUSTO PAYROLL CON 230835 | $500.00 |
| 03/07 | GUSTO PAYROLL CON 261892 | $500.00 |
| **Total Deposits** | | **$3,975.00** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 02/10 | SYMMES LAW GROUP PLLC 206-6827975 WA | $400.00 |
| 02/20 | E-CHECK# 0000006765 AT&T SERVICES CHKPAYMT | $83.64 |
| 02/25 | ATM KEY 2401 34TH AVE W SEATTLE WA | $300.00 |
| 03/06 | WITHDRAWAL BRANCH 0279 WASHINGTON | $2,400.00 |
| **Total Withdrawals** | | **-$3,183.64** |

# Checks

| Number | Date | Amount |
|---|---|---|
| 6764 | 02/20 | $80.91 |
| **Total Checks** | | **-$80.91** |

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
Questions? Call the number on this statement, visit your local branch or contact your banker.

## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**
The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at *KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206* as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU® (1-800-539-2968)**
For clients using a TDD/TTY device, please call 1-800-539-8336

©2022 KeyCorp. KeyBank is Member FDIC. 240621-2655981    February 7, 2025 to March 7, 2025 | Page 2 of 2

Case 24-10218-CMA    Doc 129    Filed 03/26/25    Ent. 03/26/25 12:32:30    Pg. 17 of 19

# KeyBank | Account Snapshot
*This is not a statement*

As of
**March 21, 2025**
**10:24 AM**

**Demand Deposit Account (DDA)**
XXXX8036

Available Balance: **$7,294.36**
Current Balance: **$7,294.36**
Holds: **$0.00**

Start Date: 02/18/2025     End Date: 03/21/2025

| Pending Activity | | | |
|---|---|---|---|
| **Transaction Date & Time** | **Description** | **Debit** | **Credit** |
| 03/21/2025 06:32 AM | GUSTO PAYROLLCON 757902 | | $500.00 |

| Posted Activity | | | |
|---|---|---|---|
| **Transaction Date** | **Description** | **Debit** | **Credit** |
| 03/14/2025 | WITHDRAWALBRANCH 0279 WASHINGTON | $2,300.00 | |
| 03/07/2025 | GUSTO PAYROLLCON 261892 | | $500.00 |
| 03/06/2025 | WITHDRAWALBRANCH 0279 WASHINGTON | $2,400.00 | |
| 03/06/2025 | GUSTO PAYROLLCON 230835 | | $500.00 |
| 03/05/2025 | GUSTO PAYROLLCON 196763 | | $500.00 |
| 02/25/2025 | ATM KEY 2401 34TH AVE W SEATTLE WA | $300.00 | |
| 02/25/2025 | ATM KEY 2401 34TH AVE W SEATTLE WA | | $300.00 |
| 02/24/2025 | SSA TREAS 310 XXSOC SEC | | $1,675.00 |
| 02/20/2025 | E-CHECK# 0000006765 AT&T SERVICES CHKPAYMT | $83.64 | |
| 02/20/2025 | CHECK # 6764 | $80.91 | |

Available balance is the amount of money in your account available for use. This balance does reflect deposit and withdrawal transactions that have not yet posted. Pending debit card transactions (both debit and credit) will impact the available balance for authorizations and withdrawals but will not post to the account until settled. The displayed balance may not include all pending activity. Current (ledger) balance shows the total amount of money in your account at the end of the day, but the total amount may not be ready for use.

**We're here to help you.**
Please call us if you have any questions.
Call 1-800-KEY2YOU ® (1-800-539-2968)
Dial 711 for TTY/TRS
Member FDIC
2025KeyCorp.240906-2768628