| | |
|---|---|
| David Petteys (SBN 33157)<br>dpetteys@aldridgepite.com<br>**ALDRIDGE PITE, LLP**<br>The Ogden Building<br>9311 SE 36th St., Ste. 207<br>Mercer Island, WA 98040<br>Telephone: (206) 707-9610<br><br>Attorneys for Secured Creditor:<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, AS INDENTURE TRUSTEE,<br>ON BEHALF OF THE HOLDERS OF THE<br>TERWIN MORTGAGE TRUST 2006-8,<br>ASSET-BACKED SECURITIES, SERIES<br>2006-8 | Honorable Christopher M Alston<br>CHAPTER: 7<br>HEARING DATE: April 10, 2025<br>HEARING TIME: 9:30 AM<br>RESPONSE DATE: April 9,2025 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re<br><br>MELANIE A. SMITH,<br><br>    Debtor. | Case No: 24-10218-CMA<br><br>Chapter 7<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2006-8, ASSET-BACKED SECURITIES, SERIES 2006-8 RESPONSE TRUSTEE'S TO MOTION TO SELL ESFDATE PROPERTY FREE AND CLEAR OF LIENS, 11 USC363(F)**<br><br><u>**SUBJECT PROPERTY**</u>:<br>3057 42nd Avenue West<br>Seattle, WA 98199 |

Comes now DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2006-8, ASSET-BACKED SECURITIES, SERIES 2006-8 ("Creditor"), and responds to the Chapter 7 Trustee's Motion to Sell Free and Clear of Liens and Encumbrances [DN 126], with respect to the property located at 3057 42nd Avenue West, Seattle, WA 98199 (the "Property").

Absent circumstances not present here, Section 363(f)(2) of the Bankruptcy Code requires consent of the secured creditors holding an interest in property of the estate as a condition precedent for the trustee's authorization to sell such property free and clear of liens. Counsel for

the Creditor has communicated with counsel for the Trustee as to terms and conditions under which the Creditor would be willing to consent to the proposed sale, and the Creditor hereby files this limited response in order to protect its interest in the Property, pending further negotiations and agreement.

WHEREFORE, Creditor requests the Trustee's motion be denied pending affirmative consent of the Creditor, as evidenced by a fully executed agreed order on authorizing the sale.

Respectfully submitted,

**ALDRIDGE PITE, LLP**

Dated: April 9, 2025

/s/*David Petteys*
David Petteys, WSBA #33157
Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2006-8, ASSET-BACKED SECURITIES, SERIES 2006-8