The Honorable Christopher M Alston
Chapter 7
Hearing Location: United States Bankruptcy
Court, Courtroom 7206,
700 Stewart Street,
Seattle, WA 98101
Hearing Date: 5/29/25
Hearing Time: 9:30 am
Response Date: 5/22/25

UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Melanie A Smith aka M A Smith aka M Smith<br><br>Debtor | ) NO. 24-10218-CMA<br>)<br>) DEBTOR'S HOUSE OFFER OF<br>) FRY NEW ESCALATION<br>) CLAUSE OF $55K OVER OTHER<br>) OFFERS UP TO $1.8M DATED<br>) 4/9/25<br>)<br>)<br>)<br>) |

AI Docusign Envelope ID: 7F721F99-FC33-4140-889B-F88E076ABE32

Form 35E  
Escalation Addendum  
Rev. 1/25  
Page 1 of 3

**ESCALATION ADDENDUM TO PURCHASE AND SALE AGREEMENT**

©Copyright 2025  
Northwest Multiple Listing Service  
ALL RIGHTS RESERVED

The following is part of the Purchase and Sale Agreement dated **March 04, 2025** 1

between **Stephen M Fry** ("Buyer") 2
　　　　　Buyer　　　　　　　　　　　　　　　　　Buyer

and **Trustee for Smith** ("Seller") 3
　　　Seller　　　　　　　　　　　　　　　　　Seller

concerning **3057**　　**42nd Avenue W**　　　　**Seattle**　　**WA**　**98199**　(the "Property"). 4
　　　　　　Address　　　　　　　　　　　　　　City　　　　State　　Zip

**NOTICE TO BUYER:** Buyer agrees to have the Purchase Price increased if Seller receives an equal or higher offer 5
from another buyer (the "Competing Offer"). This Addendum does not assure that the Competing Offer will have all the 6
same terms as this Agreement. Buyer is cautioned to offer no more than Buyer is willing to pay for the Property. Buyer 7
acknowledges that Seller may disclose the terms of Buyer's offer, including this Addendum, to other potential buyers. 8

1. **PURCHASE PRICE.** If Seller receives a Competing Offer for the Property prior to accepting this offer, with a 9
   Net Price equal to or greater than the Net Price of this offer, then the purchase price of this offer shall be 10
   increased by **$55,000.00**　　　　　("Escalation Amount") more than the Net Price of the Competing Offer and 11
   adjusted for Credits as set forth in Appendix 1. In no event, however, shall the new Purchase Price of this offer 12
   exceed **$1,800,000.00**　　　　　("Maximum Purchase Price"). 13

   The term "Net Price" means the stated Purchase Price (or the maximum price if the Competing Offer contains a 14
   price escalation clause) adjusted for any Credits to Buyer or Seller. For purposes of this Addendum, "Credits" 15
   means credits for closing costs, concessions, and broker compensation in Buyer's offer. 16

2. **COMPETING OFFER.** A Competing Offer must be a complete copy of a bona fide, arm's length, written offer on 17
   NWMLS or similar forms, containing all material terms necessary for an enforceable agreement which (a) requires 18
   the full Purchase Price to be paid in cash at closing; (b) provides for closing no later than _____ days (60 days if 19
   not filled in) from the date of this offer; and (c) is not contingent on the sale of the buyer's property (i.e. no NWMLS 20
   Form 22B or equivalent). A Competing Offer may include other conditions, such as a buyer's pending sale of 21
   property contingency (i.e. NWMLS Form 22Q or equivalent). 22

3. **PURCHASE PRICE ESCALATION.** To escalate the Purchase Price, Seller shall provide notice to Buyer of the 23
   new Purchase Price, together with a copy of the Competing Offer, at the time Seller accepts Buyer's offer. The 24
   new Purchase Price shall be calculated using the Notice of New Purchase Price (Form 35EC) and in accordance 25
   with the formulas attached hereto in Appendix 1. Seller's escalation of this offer shall not be effective unless it is 26
   accompanied by a complete copy of the Competing Offer used to escalate the Purchase Price. 27

4. **NON-QUALIFYING ESCALATION.** After Seller delivers Notice of New Purchase Price (Form 35EC), the 28
   parties shall use the Escalation Addendum Notice (Form 35EN) for notices required by this section. 29

   a. **Notice to Seller – No Competing Offer.** 30

   i. If Seller fails to provide a Competing Offer to Buyer at the time of mutual acceptance, then Buyer may give 31
      notice to Seller of that fact within _____ days (3 days if not filled in). If Buyer fails to timely give such notice, 32
      then Buyer shall be obligated to purchase at the new Purchase Price calculated by Seller. 33

   ii. If Buyer provides such notice, Seller shall have _____ days (1 day if not filled in) to deliver the Competing 34
       Offer to Buyer. If Seller fails to timely deliver the Competing Offer, Buyer shall be entitled to purchase the 35
       Property at the non-escalated price. 36

SMF  04/08/2025　　　　　　　　　MPkT  4/9/2025 | 8:06 PM PDT
Buyer's Initials　Date　Buyer's Initials　Date　　Seller's Initials　Date　Seller's Initials　Date

Form 35E
Escalation Addendum
Rev. 1/25
Pages 2 of 3

**ESCALATION ADDENDUM TO
PURCHASE AND SALE AGREEMENT**

©Copyright 2025
Northwest Multiple Listing Service
ALL RIGHTS RESERVED

b. **Notice to Seller – Non-Qualifying Offer.**

   i. If the offer provided by Seller does not qualify as a Competing Offer under Paragraph 2 of this Addendum, Buyer may deliver notice to Seller of that fact within ____ days (3 days if not filled in) of receipt of the Competing Offer. If Buyer fails to timely give such notice, the offer shall conclusively be deemed to qualify as a Competing Offer under Paragraph 2 of this Addendum.

   ii. If Buyer provides such notice to Seller, Seller shall have ____ days (2 days if not filled in) to give notice of termination of this Agreement. If Seller timely gives such notice, the Earnest Money shall be refunded to Buyer. If Seller does not timely give such notice of termination, then Buyer shall be entitled to purchase the Property at the non-escalated Purchase Price.

c. **Notice to Seller – New Purchase Price.**

   i. If the new Purchase Price calculated by Seller is incorrect, Buyer may deliver notice to Seller of that fact within ____ days (3 days if not filled in) of receipt of the Notice of New Purchase Price (Form 35EC) and the Competing Offer. Buyer's notice shall include Buyer's calculation of the new Purchase Price in the Escalation Addendum Notice (Form 35EN). If Buyer fails to timely give such notice, the new Purchase Price stated in the Notice of New Purchase Price (Form 35EC) shall conclusively be deemed to be correct.

   ii. If Buyer provides such notice to Seller, Seller shall have ____ days (2 days if not filled in) to give notice of termination of this Agreement. If Seller timely provides such notice, the Earnest Money shall be refunded to Buyer. If Seller does not timely give notice of termination, then Buyer's calculated new Purchase Price in Buyer's notice shall conclusively be deemed to be correct.

| Buyer's Initials | Date | Buyer's Initials | Date | Seller's Initials | Date | Seller's Initials | Date |
|---|---|---|---|---|---|---|---|
| SMF | 04/08/2025 | | | MPkT | 4/9/2025 \| 8:06 PM PDT | | |

Docusign Envelope ID: 7F721F99-FC33-4140-889B-F88E076ABE32

Form 35E  
Escalation Addendum  
Rev. 1/25  
Pages 3 of 3  

**ESCALATION ADDENDUM TO PURCHASE AND SALE AGREEMENT**

©Copyright 2025  
Northwest Multiple Listing Service  
ALL RIGHTS RESERVED  

## APPENDIX 1 - Formulas for Calculating New Purchase Price

The formulas below calculate the new Purchase Price after determining the Net Purchase Price of the Competing Offer, the Escalated Purchase Price for this offer, and any limit set by the Maximum Purchase Price for this offer. Seller shall use the Notice of New Purchase Price (Form 35EC) to perform the calculations.

1. **Example of Form 35EC calculation worksheet:**
   - A. **Competing Offer Purchase Price** .................................................. $ _____A_____
     (or the maximum purchase price of the Competing Offer if it contains an escalation provision)
   - **Competing Offer's:**
     - B. Credits to Buyer ($ amount) ................................................. − $ _____B_____
     - C. Credits to Buyer (% of purchase price) ............................... − _____C_____ %
     - D. Credits to Seller ($ amount) ................................................. + $ _____D_____
     - E. Credits to Seller (% of purchase price) ............................... + _____E_____ %
   - F. **Competing Offer Net Purchase Price** ........................................ $ _____F_____
   - G. **Escalation Amount** (enter amount from line 11 of Buyer's Form 35E) ............ + $ _____G_____
   - H. **Escalated Base** (this offer) ......................................................... $ _____H_____
   - **This offer's:**
     - I. Credits to Buyer ($ amount) ................................................. + $ _____I_____
     - J. Credits to Buyer (% of Competing Offer purchase price)^ ...... + _____J_____ %
     - K. Credits to Seller ($ amount) ................................................. − $ _____K_____
     - L. Credits to Seller (% of Competing Offer purchase price)^ ...... − _____L_____ %
   - M. **Escalated Purchase Price** (this offer – prior to Max Purchase Price limit) ..... $ _____M_____
   - N. **Maximum Purchase Price** (enter amount from line 13 of Buyer's Form 35E) ..... $ _____N_____
   - O. **Net Price** (this offer – subject to Max Purchase Price limit, if applicable) ..... $ _____O_____
   - P. **New Purchase Price** (this offer) ................................................. $ _____P_____

2. **Formulas:**
   - **Competing Offer Net Purchase Price (F):**
     1) Calculate to find the value of F:  $F = [A * (1 − C + E)] − B + D$
   - **This offer's Escalated Base (H):**
     2) Calculate to find the value of H:  $H = F + G$
   - **This offer's Escalated Purchase Price (prior to Max Purchase Price) (M):**
     1) Calculate to find the value of M:  $(A * J) − (A * L) + H + I − K$
     2) ^ For purposes of calculating the New Purchase Price only, all credits to Buyer and Seller (this offer) expressed as a percentage of the purchase price shall be calculated based on the purchase price of the Competing Offer. At closing, the actual amount paid for percentage credits will be different because they will be calculated based on the New Purchase Price.
   - **If this offer's Maximum Purchase Price (N) is equal to or greater than this offer's Escalated Purchase Price (M):**
     1) This offer's New Purchase Price (P) will be the amount from line (M).
     2) This offer's Net Price (O) will be:  $O = [M * (1 − J + L)] − I + K$..
   - **If this offer's Maximum Purchase Price (N) is less than this offer's Escalated Purchase Price (M):**
     1) This offer's New Purchase Price (P) will be the same number as the Maximum Purchase Price (N).
     2) This offer's Net Price (O) will be:  $O = [N * (1 − J + L)] − I + K$.

Buyer's Initials: SMJ 04/08/2025  
Buyer's Initials: _____ Date _____  
Seller's Initials: MPkT 4/9/2025 | 8:06 PM PDT  
Seller's Initials: _____ Date _____