UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Melanie A Smith aka M A Smith aka M Smith<br><br>    Debtor | ) NO. 24-10218-CMA<br>)<br>) DISCLOSURE OF<br>) COMPENSATION OF<br>) ATTORNEY FOR DEBTOR<br>)<br>) WILLIAM C. BUDIGAN<br>)<br>)<br>)<br>) |

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

    1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept only $295/hour atty and $100 for paralegals

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . .
$7,000_____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
$49,906.  As of 4/28/25 .

2. The source of the compensation paid to me was: [X] Debtor  Other (specify)

3. The source of compensation to be paid to me is: [X] Debtor  Other (specify)

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm. ~~I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.~~

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

 a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;     N/A

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;     N/A

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; B2030 (Form 2030) (12/15)     N/A

 d. Representation of the debtor in adversary proceedings    N/A

   and other contested bankruptcy matters; See  e below.

e.  Assisting her in bankruptcy court to save her home from foreclosure and other creditors with the intent of not selling it to third parties; researching and arguing for rejections of first and second mortgages per statute of limitations; negotiation of a reinstatement of first and second loans that perhaps reverse mortgage, government assistance, and best and highest purchasing sale agreement if necessary; motion to convert CH 7 to 11; motion for my withdrawal.

6. By agreement with the debtor(s), the above-disclosed fee does NOT include the following services: Any other motions for court required-filings in Ch. 7 (already started by several attorneys before me) and any appeal to BAP or reviews thereof.

CERTIFICATION I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date  5/7/25

_/s/_____
William C. Budigan, WSBA 13443

Budigan Law Firm