Honorable Christopher M. Alston
Hearing date: May 29, 2025; 9:30 a.m.
Hearing Place: Room 7206, 700 Stewart Street, Seattle, WA 98101
Responses due by: May 22, 2025

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>MELANIE A. SMITH,<br>a/k/a M. A. Smith, a/k/a M. Smith,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 24-10218-CMA<br><br>TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING ABANDONMENT OF PROPERTY OF THE ESTATE |

COMES NOW the trustee, Michael P. Klein, through counsel, The Livesey Law Firm, and Rory C. Livesey, and moves this Court for an order authorizing the trustee to abandon the following property: the real property located at 3057 - 42nd Avenue West, Seattle, WA 98199, and legally described as follows:

> Lots 1 and 2, Block 4, Hiawatha Park Second Addition to the City of Seattle, according to the plat thereof recorded in Volume 5 of Plats, Page 21, in King County, Washington.

("the Property").

On April 18, 2025, the Court entered an order authorizing the trustee to sell the Property for $1,280,000. The motion to approve the sale was heard on shortened time because the Property was scheduled to go to foreclosure the day after the scheduled hearing on the trustee's sale motion. Because the Court approved the sale, the secured creditor agreed to postpone its foreclosure to allow the trustee to close the sale. The current foreclosure date is May 30, 2025. Closing the sale has been challenging. The debtor appears to be pushing for a sale of the Property to a buyer of her choice. She produced an offer at the sale hearing. Notwithstanding the fact that the Court has already

**TRUSTEE'S MOTION FOR AN ORDER
AUTHORIZING ABANDONMENT OF
PROPERTY OF THE ESTATE**
250428bMot   Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 24-10218-CMA    Doc 165    Filed 05/08/25    Ent. 05/08/25 09:16:41    Pg. 1 of 2

approved the trustee's proposed sale, the debtor has filed a motion requesting that the Court reconsider her proposed buyer. That motion was denied. The sale is currently scheduled to close on May 15, 2025.

As a precaution, should the pending sale not close, or the trustee cannot reach an agreement with the junior lien holder for a carveout for the estate, the trustee is seeking authority to abandon the Property before the foreclosure sale. A sale of the Property, either by the trustee or through foreclosure, will likely incur a significant capital gains tax. If the Property is still property of the estate at the time of the foreclosure, any tax obligation caused by the foreclosure will fall on the estate. At that point, the Property will become both burdensome and of inconsequential value. If the trustee concludes that the foreclosure of the Property is imminent, he is requesting authority to abandon the Property from the estate upon the filing of a notice of abandonment with the Clerk of the Bankruptcy Court. If the sale closes, the trustee will withdraw this motion.

WHEREFORE, the trustee moves this Court for an order allowing the trustee to abandon the Property above mentioned.

RESPECTFULLY SUBMITTED this 8th day of May, 2025.

                        THE LIVESEY LAW FIRM

                        /S/ *Rory C. Livesey*
                        _____
                        Rory C. Livesey, WSBA #17601
                        Attorney for Michael P. Klein, Trustee

**TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING ABANDONMENT OF PROPERTY OF THE ESTATE**
250428bMot   Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 24-10218-CMA    Doc 165    Filed 05/08/25    Ent. 05/08/25 09:16:41    Pg. 2 of 2