Honorable Christopher M. Alston
Hearing date: May 29, 2025; 9:30 a.m.
Hearing Place: Room 7206, 700 Stewart Street, Seattle, WA 98101
Responses due by: May 22, 2025

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>MELANIE A. SMITH,<br>a/k/a M. A. Smith, a/k/a M. Smith,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 24-10218-CMA<br><br>DECLARATION OF MICHAEL P. KLEIN IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING ABANDONMENT OF PROPERTY OF THE ESTATE |

The undersigned makes the following statement under penalty of perjury:

1. I am over 18 years of age, am competent to testify to the statements herein and make the statements herein based on facts personally known to me.

2. I am the Chapter 7 bankruptcy trustee in the above-captioned matter.

3. On April 18, 2025, the Court authorized the sale of the debtor's real property located 3057 - 42nd Avenue West, Seattle, WA 98199 ("the Property") to Stephen M. Fry for $1,280,000 (Docket No. 153). It is all cash and no contingencies. The sale was scheduled to close on May 2, 2025. However, it is now scheduled to close on May 15, 2025. On April 26, 2025, the debtor filed a motion for reconsideration of the sale order, requesting that the Court approve the sale to the debtor's preferred buyer, which was denied.

4. A sale of the Property, either on the open market or by foreclosure, will likely generate a tax obligation. I am working on securing funds from the second place deed of trust holder that will pay the administrative tax claim should the estate sell the Property. However, should the sale fall through or an agreement with the junior lien holder cannot be reached and the Property go

**DECLARATION OF MICHAEL P. KLEIN IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING ABANDONMENT OF PROPERTY OF THE ESTATE -** 250428dDec Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

to foreclosure, there will be no funds in the estate to pay any administrative tax that may be incurred. Therefore, should it become clear that a sale by the estate cannot be accomplished prior to the current foreclosure date of May 30, 2025, the Property will be both burdensome and of inconsequential value. If I come to the conclusion that a sale of the Property cannot be completed, I am requesting authority, in my business judgment, to abandon the Property. The abandonment will be effective upon the filing of a notice of abandonment with the Clerk of the Bankruptcy Court.

DATED this 7th day of May, 2025.

/S/ *Michael P. Klein*

Michael P. Klein

**DECLARATION OF MICHAEL P. KLEIN IN SUPPORT OF TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING ABANDONMENT OF PROPERTY OF THE ESTATE -** 250428dDec Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826