Honorable Christopher M. Alston
Hearing date: July 3, 2025; 11:00 a.m.
Hearing Place: Room 7206, 700 Stewart Street, Seattle, WA 98101
Responses due by: June 26, 2025

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Bankruptcy No. 24-10218-CMA |
| MELANIE A. SMITH, ) | |
| a/k/a M. A. Smith, a/k/a M. Smith, ) | TRUSTEE'S MOTION FOR AN ORDER |
| ) | AUTHORIZING DISBURSEMENT OF |
| Debtor(s). ) | FUNDS HELD IN THE ESTATE |
| ) | |

COMES NOW the trustee, Michael P. Klein, through counsel, The Livesey Law Firm, and Rory C. Livesey, and moves this Court for an Order Authorizing Disbursement of Funds Held in the Estate.

By order of the Court dated April 18, 2025, the trustee sold certain property of the estate located at 3057 - 42nd Avenue West, Seattle, WA 98199 ("the Property"), for $1,280,000. The sale has closed. The Property was subject to two listed encumbrances[1]. The first deed of trust is in favor of Selene Finance, as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust ("U.S. Bank"). It was owed $393,161.71 and was paid at closing. The Court approved the sale the day before a scheduled foreclosure. Because of the pending sale by the trustee, U.S. Bank moved its foreclosure date. The

---

[1] A third encumbrance against the Property, filed by Fannie Mae, was a clarification of the legal description in the U.S. Bank deed of trust. After the filing of the petition the title company removed that obligation as an exception, and the trustee does not propose to pay any funds to it.

**TRUSTEE'S MOTION FOR AN ORDER
AUTHORIZING DISBURSEMENT OF
FUNDS HELD IN THE ESTATE**
250501cMot  Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

second deed of trust is in favor of Newrez LLC, d/b/a Shellpoint Mortgage, as servicer for Deutsche Bank National Trust Company, as indenture trustee, on behalf of the holders of the Terwin Mortgage Trust 2006-8, asset-backed securities, Series 2006-8 ("Deutsche Bank"). As of closing, it was owed $724,153.97. *See* exhibit to Declaration of Michael P. Klein on file herein. Because of an issue raised by the debtor regarding statutes of limitations, and to give the trustee and Deutsche Bank an opportunity to negotiate a benefit to the estate from the sale, Deutsche Bank was paid $475,970.41 of its claim from the close of the sale the Property. The order approving the sale directed that any additional funds to be paid to Deutsche Bank on its claim would be upon further order of the Court. After the Deutsche Bank debt, the balance of the funds held by the trustee are subject to the debtor's homestead exemption.

The trustee holds $304,478.13 in sale proceeds. The trustee and Deutsche Bank have come to an agreement with regard to the disposition of the balance of funds owed to it. On the date the sale closed, Deutsche Bank was owed an additional $248,183.56. It has agreed to allow the trustee to retain $125,000 of its funds for payment of administrative claims, including the expected large Internal Revenue Service obligation triggered by the sale of the Property. Additionally, the trustee will pay up to $10,000 to the unsecured creditors out of the carveout. At the moment it is uncertain that there are any unsecured creditors. The debtor listed three unsecured creditors on her original petition with unknown balances, but it does not appear that they were on the mailing matrix. Pursuant to Fed. R. Bankr. P. 1019 and 3002, the trustee needs to send a new claims notice to the creditors. The unsecured creditors will be notified and will receive at least a partial dividend if they file otherwise allowable claims.

After the estate is paid, Deutsche Bank will receive the balance of its claim, or $123,183.56.

After payment of the Deutsche Bank debt, less the carveout for the bankruptcy estate, there will remain in the estate approximately $56,000. Those funds are subject to the debtor's homestead. The trustee is requesting authority to disburse those funds to the debtor.

**TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING DISBURSEMENT OF FUNDS HELD IN THE ESTATE**
250501cMot  Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 24-10218-CMA    Doc 175    Filed 06/12/25    Ent. 06/12/25 10:25:50    Pg. 2 of 3

| | |
|---|---|
| 1 | WHEREFORE, the trustee prays for an order accordingly. |
| 2 | RESPECTFULLY SUBMITTED this 12th day of June, 2025. |

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Attorney for Michael P. Klein, Trustee

**TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING DISBURSEMENT OF FUNDS HELD IN THE ESTATE**
250501cMot  Page 3

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 24-10218-CMA    Doc 175    Filed 06/12/25    Ent. 06/12/25 10:25:50    Pg. 3 of 3