UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE:<br><br>MELANIE A SMITH | CASE NO: 24-10218-CMA<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 183 |

On 6/20/2025, I did cause a copy of the following documents, described below,

Notice of Appearance of Christina L. Henry as Special Counsel ECF Docket Reference No. 183

Corrected and Amended Notice of Appeal 184

Designation of Record and Statement of Issues on Appeal from Bankruptcy Court 185

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/20/2025

/s/ Christina L Henry
Christina L Henry  31273
Attorney at Law
Devlin Law Firm LLC
1100 219th St. SW, Ste. 480, PMB 398
Mountlake Terrace, WA  98043-2222
206 330 0595
chenry@devlinlawfirm.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE:<br><br>MELANIE A SMITH | CASE NO: 24-10218-CMA<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 183 |

On 6/20/2025, a copy of the following documents, described below,

Notice of Appearance of Christina L. Henry as Special Counsel ECF Docket Reference No. 183

Corrected and Amended Notice of Appeal 184

Designation of Record and Statement of Issues on Appeal from Bankruptcy Court 185

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/20/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christina L Henry
Devlin Law Firm LLC
1100 219th St. SW, Ste. 480, PMB 398
Mountlake Terrace, WA  98043-2222

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| FIRST CLASS | FIRST CLASS | FIRST CLASS |
|---|---|---|
| STEPHEN M FRY<br>CO CAMBRIA QUEEN DICKSON FROHLICH<br>PHILLIPS BURGESS PLLC<br>909 A STREET SUITE 900<br>TACOMA WA 98402 | US BANK TRUST NATIONAL ASSOCIATION NOT<br>IN ITS INDIVIDUAL CAPACITY BUT SOLELY<br>AS OWNER TRUSTEE FOR RCF 2 ACQUISITION<br>TRUST (US BANK)<br>LANCE E OLSEN MCCARTHY HOLTHUS LLP<br>08 1ST AVE S<br>SEATTLE WA 98104 | DEUTSCHE BANK NATIONAL TRUST COMPANY A<br>INDENTURE TRUSTEE ON BEHALF OF THE<br>HOLDERS OF THE TERWIN MORTGAGE TRUST<br>20068 ASSETBACKED SECURITIES SERIES<br>20068 (DEUTSCHE BANK)<br>CO DAVID PETTEYS ALDRIDGE PITE LLP<br>3333 CAMINO DEL RIO SOUTH SUITE 225<br>SAN DIEGO CA 92108 |

| FIRST CLASS | CASE INFO | ~~EXCLUDE~~ |
|---|---|---|
| MICHAEL P KLEIN<br>CO RORY C LIVESEY<br>2033 6TH AVE STE 900<br>SEATTLE WA 98121-2594 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 24-10218-CMA<br>WESTERN DISTRICT OF WASHINGTON<br>FRI JUN 20 9-17-59 PST 2025 | ~~(U)COURTESY NEF~~ |

| | ~~EXCLUDE~~ | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>NEWREZ LLC DBA SHELLPOINT MORTGAGE<br>SERVICING<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | ~~(U)RICHARD GINNIS CPA~~ | US BANK TRUST NATIONAL ASSOCIATION<br>CO MCCARTHY HOLTHUS LLP<br>108 1ST AVENUE SOUTH STE 300<br>SEATTLE WA 98104-2104 |

| | ~~EXCLUDE~~ | |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>CO MCCARTHY HOLTHUS LLP<br>108 1ST AVENUE SOUTH<br>STE 300<br>SEATTLE WA 98104-2104 | ~~US BANKRUPTCY COURT~~<br>~~700 STEWART ST ROOM 6301~~<br>~~SEATTLE WA 98101-4441~~ | DEUTSCHE BANK NATIONAL TRUST CO TRUSTE<br>(SE<br>CO NEWREZ LLC<br>DBA SHELLPOINT MORTGAGE SERVICING<br>FKA SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC STREET SUITE 300<br>GREENWOOD VILLAGE COLORADO 80111-4720 |

| EMPLOYMENT SECURITY DEPARTMENT<br>WASHINGTON STATE<br>PO BOX 9045<br>OLYMPIA WASHINGTON 98507-9045 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | NEWREZ LLC DBA SHELLPOINT MORTGAGE<br>SERVICING<br>PO BOX 10826<br>GREENVILLE SOUTH CAROLINA 29603-0826 |
|---|---|---|

| (P)QUALITY LOAN SERVICE<br>2763 CAMINO DEL RIO SOUTH<br>SUITE 200<br>SAN DIEGO CA 92108-3708 | SELENE FINANCE<br>PO BOX 8619<br>PHILADELPHIA PA 19101-8619 | SPECIALIZED LOAN SERVICING<br>6200 S QUEBEC ST STE 300<br>GREENWOOD VILLAGE CO 80111-4720 |
|---|---|---|

| UNITED STATES TRUSTEE<br>700 STEWART ST STE 5103<br>SEATTLE WA 98101-4438 | WA ST EMPLOYMENT SECURITY DEPARTMENT<br>PO BOX 35115<br>SEATTLE WA 98124-5115 | WILMINGTON SAVINGS FUND SOCIETY<br>ROBERTSON ANSCHUTZ SCHNEID CRANE<br>13010 MORRIS ROAD SUITE 450<br>ALPHARETTA GA 30004-2001 |
|---|---|---|

| | | ~~EXCLUDE~~ |
|---|---|---|
| WILMINGTON SAVINGS FUND SOCIETY FSB<br>DBA CHRISTIANA TRUST AS TRUSTEE FOR PR<br>SELENE FINANCE LP<br>9990 RICHMOND AVE STE 400 SOUTH<br>HOUSTON TX 77042-4546 | CHRISTINA L HENRY<br>DEVLIN LAW FIRM LLC<br>6100 219TH ST SW STE 480<br>PMB 398<br>MOUNTLAKE TERRACE WA 98043-2222 | ~~(U)KAILEE RAINEY~~ |

| ~~EXCLUDE~~ | DEBTOR | |
|---|---|---|
| ~~(U)MARC S STERN~~ | MELANIE A SMITH<br>3057 42ND AVE W<br>SEATTLE WA 98199-2421 | MICHAEL P KLEIN<br>MICHAEL P KLEIN ATTORNEY AT LAW<br>330 MADISON AVE S SUITE 105<br>BAINBRIDGE ISLAND WA 98110-3089 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | EXCLUDE | |
|---|---|---|
| RORY C LIVESEY | ~~(U)STEPHEN M FRY~~ | WILLIAM C BUDIGAN |
| THE LIVESEY LAW FIRM | | BUDIGAN LAW FIRM |
| 2033 SIXTH AVENUE SUITE 900 | | 2601 42ND AVE W |
| SEATTLE  WA 98121-2594 | | SEATTLE  WA 98199-3011 |