Honorable Christopher M. Alston

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>MELANIE A. SMITH,<br>a/k/a M. A. Smith, a/k/a M. Smith,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 24-10218-CMA<br><br>WAW Internal Appeal No. 25-S006<br><br>APPELLEE'S DESIGNATION OF RECORD ON APPEAL FROM BANKRUPTCY COURT |

Appellee Michael P. Klein, Bankruptcy Trustee for Melanie A. Smith, pursuant to Federal Rules of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal from Bankruptcy No. 24-10218-CMA.

| Bankruptcy No. | Docket No. | Name of Document | Date |
|---|---|---|---|
| 24-10218-CMA | 69 | Order to Show Cause Why Sanctions Should not be Imposed | 08/12/2024 |
| 24-10218-CMA | 92 | Response to Motion to Withdraw | 09/19/2024 |
| 24-10218-CMA | 108 | Motion to Convert Case from Chapter 7 to 13 | 01/22/2025 |
| 24-10218-CMA | 116 | Trustee's Ex Parte Motion to Shorten for Trustee's Motion for Sale of Real Property | 03/25/2025 |
| 24-10218-CMA | 118 | Order Shortening Time | 03/25/2025 |
| 24-10218-CMA | 122 | Debtor's Motion to Vacate Order | 03/25/2025 |
| 24-10218-CMA | 123 | Debtor's Motion to Determine Who Gets Property | 03/25/2025 |
| 24-10218-CMA | 128 | Debtor's Ex Parte Motion to Shorten Time | 03/26/2025 |

**APPELLEE'S DESIGNATION OF RECORD
ON APPEAL FROM BANKRUPTCY COURT**
250703aDes Page 1

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 24-10218-CMA    Doc 199    Filed 07/03/25    Ent. 07/03/25 13:44:21    Pg. 1 of 2

| | | | |
|---|---|---|---|
| 24-10218-CMA | 129 | Debtor's Declaration Supporting Motions | 03/26/2025 |
| 24-10218-CMA | 143 | Debtor's Motion to Shorten Time | 04/09/2025 |
| 24-10218-CMA | 158 | Debtor's Motion to Reconsider Order of 4/18/25 | 04/26/2025 |
| 24-10218-CMA | 165 | Trustee's Motion to Abandon Real Property | 05/08/2025 |
| 24-10218-CMA | 166 | Declaration of Trustee in Support of Motion to Abandon Real Property | 05/08/2025 |

RESPECTFULLY SUBMITTED this 3rd day of July, 2025.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorney for Michael P. Klein, Appellee/Trustee

**APPELLEE'S DESIGNATION OF RECORD
ON APPEAL FROM BANKRUPTCY COURT**
250703aDes Page 2

THE LIVESEY LAW FIRM
2033 Sixth Avenue, Suite 900
Seattle, WA 98121
(206) 441-0826

Case 24-10218-CMA    Doc 199    Filed 07/03/25    Ent. 07/03/25 13:44:21    Pg. 2 of 2