UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | ) NO. 24-10218-CMA |
| | ) |
| Melanie A Smith aka M A Smith aka M Smith | ) INVOICE OF BJARNI |
| | ) BERGVINSSON FOR |
| Debtor | ) CLEARING OUT DECEASED |
| | ) DEBTOR'S HOUSE,,HIRED BY |
| | ) PR AND REQUEST FOR |
| | ) PAYMENT |
| | ) |

See Attached Invoice for said work.

CERTIFICATION I certify that the ATTACHED INVOICE is a complete statement of WORK AND COST ,FOR WHICH THE PR Donald Smith hired me to perform.

_/s/_____
BJARNI  BERGVINSSON

Date  9/10/25   at seattle,WA

# Invoice

**address**  
Bjarni Bergvinsson  
P.O. Box 99071  
Seattle, Wa 98139

**Email**  
Bjarniseattle@aol.com

**Phone**  
(206)369-6415  
(206)335-9088

**Billed To:**

**Customer's Name:** Melanie/don smith

**Address:** 3057 42nd ave w  
Seattle, Wa 98199

**Job order:**

Smith estate

**Invoice Date:**

August 18, 2025

| Description | Rate | Details | Amount |
|---|---|---|---|
| hours | 200/hr | 98 hours<br>for 1 → 3 guys<br>→ 2 vehicles | 19,600 |
| dump/recyling | trip+fees | 31 trips | 3,848 |
| gas/expenses | | | 1,480 |

*Handwritten notes:*
- dump fees 748
- 31 trips at 100/trip
- gas 760
- Hazardous Materials charge 720

| | |
|---|---|
| **Subtotal** | 24,928 |
| **Tax Rate (%)** | 8.8 % |
| **Tax** | 2,193.66 |
| **Total** | 27,121.66 |

*Bjarni Bergvinsson* (signature)

## hours

| Day | Date | Time | Hours | Trips | Notes |
|---|---|---|---|---|---|
| Tue | 7/29 | 1pm - 9pm | 8 hrs | 2 trips | |
| Wed | 7/30 | Noon - 10pm | 10 hrs | 3 trips | |
| Thu | 7/31 | Noon - 9pm | 9 hrs | 2 trips | |
| Fri | 8/1 | 9am - 11pm | 14 hrs | 4 trips | 8/2 Estate Sale  2 trips |
| Tue | 8/5 | 1:30 - 6:30pm | 7 hrs | 2 trips | |
| Wed | 8/6 | Noon - 2pm | 2 hrs | 1 trip | |
| Thu | 8/7 | Noon - 9pm | 9 hrs | 3 trips | |
| Fri | 8/8 | 9am-5pm & 8pm-11pm | 11 hrs | 4 trips | |
| Sat | 8/9 | 11am - 9:30pm | 10.5 hrs | 2 trips | |
| Sun | 8/10 | Noon - 6pm | 6 hrs | 2 trips | |
| Mon | 8/11 | 11am - 9:30pm | 10.5 hrs | 2 trips | |
| Tue | 8/12 | 4pm - 6pm | 2 hrs | 1 trip | |
| Wed | 8/13 | 1 trip from day before | | | |

98 hrs   31 trips

Expenses
Dump Fees - $748
gas $760
Hazardous Chemicals & other misc - $720

hours  98 x 200 - 19,600
dump/recycling  748 + 3100 hrs - 3,848
gas/expenses - 1,480

(24,928)

## Receipt 1 (Chevron)

5715 NW 15th Ave
Ballard Chevron
00385540
Seattle, WA
08/20/2025 930927885
04:11:26 PM

XXXXXXXXXXXXX3386
VISA
INVOICE E/4063550
AUTH 007120

PUMP# 5

| | | |
|---|---|---|
| UNLEAD REG | 3.756G | |
| PRICE/GAL | $4.799 | |
| FUEL TOTAL | $ | 18.03 |
| TOTAL = | $ | 18.03 |
| CREDIT | $ | 18.03 |

Contactless
VISA CREDIT
Mode: Issuer
AID: A000000031010

Get rewarded on
every fill-up at
Chevron with a
Techron Advantage
card. See app
for details.

I agree to pay the above total amount
and issuer agreement.

ON REWARDS PH# ENTERED
EMV/HOS AVAILABLE

opy

---

## Receipt 2 (Seattle Recycle — Ticket 15886766)

SEATTLE RECYCLE AND
DISPOSAL STATION

R E C E I P T

Bill Acct:CASH**
CASH CUSTOMERS

SITE:NTS North Transfer Station
DATE:08/08/25  TICKET#: 15886766
TIME IN:04:40 PM   ID IN:MCA
TIME OUT:04:48 PM  ID OUT:RZE
TURNAROUND TIME:   8
TRUCK:BTP6989
ROUTE:Z-Not Specified

|  | LBS | TONS |
|---|---|---|
| GROSS: | 5220 | 2.61 |
| TARE: | 4460 | 2.23 |
| NET: | 760 | 0.38 |

| MATERIAL: Garbage | QTY | AMT |
|---|---|---|
|  | 760 | $62.70 |

TIP FEE:   $62.70
SPEC FEE:  $0.00
**TOTAL FEE: $62.70**

Payment Info:
Cash                     $63.00
             Change:     $0.30

SIGNATURE:
NOTE:

IF YOU HAVE QUESTIONS, PLEASE
CONTACT SPU AT (206)386-9790
OR SPU_AR_TSB@SEATTLE.GOV.
no payments over
the phone/online accepted

OF1

---

## Receipt 3 (Seattle Recycle — Ticket 15886357)

SEATTLE RECYCLE AND
DISPOSAL STATION

R E C E I P T

Bill Acct:CASH**
CASH CUSTOMERS

SITE:NTS North Transfer Station
DATE:08/08/25  TICKET#: 15886357
TIME IN:10:36 AM   ID IN:RZE
TIME OUT:10:46 AM  ID OUT:AGI
TURNAROUND TIME:   10
TRUCK:BTP6986
ROUTE:Z-Not Specified

|  | LBS | TONS |
|---|---|---|
| GROSS: | 5480 | 2.74 |
| TARE: | 4520 | 2.26 |
| NET: | 960 | 0.48 |

| MATERIAL: Garbage | QTY | AMT |
|---|---|---|
|  | 960 | $79.20 |

TIP FEE:   $79.20
SPEC FEE:  $0.00
**TOTAL FEE: $79.20**

Payment Info:
Cash                     $100.00
             Change:     $20.80

SIGNATURE:
NOTE:

IF YOU HAVE QUESTIONS, PLEASE
CONTACT SPU AT (206)386-9790
OR SPU_AR_TSB@SEATTLE.GOV.
no payments over
the phone/online accepted

OF1

---

## Receipt 4 (partial, right edge)

SEAT
DIS

R

Bill Acct:CASH
CASH CUSTOMERS

SITE:NTS N
DATE:08/08
TIME IN:01:01
TIME OUT:01:19
TURNAROUND TIM
TRUCK:BTP69
ROUTE:Z-Not

| | | |
|---|---|---|
| GROSS: | 5( | |
| TARE: | 4( | |
| NET: | 10 | |

MATERIAL:
Garbage

TIP F
SPEC F
**TOTAL F**

Payment Info:
Cash
Credit Card

SIGNATURE:
NOTE:

IF YOU HAVE (
CONTACT SPU
OR SPU_AR_T
no payme
the phone/on

OF1

```
SEATTLE RECYCLE AND                          SEATTLE RECYCLE AND
DISPOSAL STATION                             DISPOSAL STATION

     R E C E I P T                                R E C E I P T
--------------------------------             --------------------------------
Bill Acct:CASH**                             Bill Acct:CASH**
CASH CUSTOMERS                               CASH CUSTOMERS

   SITE:NTS North Transfer Station              SITE:NTS North Transfer Station
   DATE:08/09/25 TICKET#: 15887298              DATE:08/07/25 TICKET#: 15885995
TIME IN:04:34 PM    ID IN:MGR                TIME IN:02:34 PM    ID IN:MCA
TIME OUT:04:42 PM   ID OUT:SSA               TIME OUT:02:45 PM   ID OUT:RZE
TURNAROUND TIME:  8                          TURNAROUND TIME:  11
   TRUCK:BTP6989                                TRUCK:BTP6986
   ROUTE:Z-Not Specified                        ROUTE:Z-Not Specified
--------------------------------             --------------------------------
            LBS     TONS                                LBS     TONS
   GROSS:  5500    2.75                         GROSS: 5000    2.50
    TARE:  4580    2.29                          TARE: 4520    2.26
     NET:   920    0.46                           NET:  480    0.24
--------------------------------             --------------------------------
MATERIAL:           QTY     AMT              MATERIAL:          QTY     AMT
Garbage             920   $75.90             Garbage            480   $39.60

       TIP FEE:  $75.90                             TIP FEE:  $39.60
      SPEC FEE:   $0.00                            SPEC FEE:   $0.00
     TOTAL FEE:  $75.90                           TOTAL FEE:  $39.60


Payment Info:                                Payment Info:
Cash                        $80.00           Cash                       $100.00

                 Change:     $4.10                            Change:    $60.40


SIGNATURE:_____            SIGNATURE:_____
NOTE:                                        NOTE:


IF YOU HAVE QUESTIONS, PLEASE                IF YOU HAVE QUESTIONS, PLEASE
CONTACT SPU AT (206)386-9790                 CONTACT SPU AT (206)386-9790
OR SPU_AR_TSB@SEATTLE.GOV.                   OR SPU_AR_TSB@SEATTLE.GOV.
    no payments over                             no payments over
the phone/online accepted                    the phone/online accepted

OF1                                          OF1
```

Welcome to Shell
Finn Hill Shell
12206 Juanita Dr NE
425-823-1096

SHELL
12206 JUANITA DRIVE
KIRKLAND, WA
98034
10015289001
169514
08/18/2025
10:16:03 PM

PREPAID RECEIPT

PUMP# 1    CA

REGULAR        4.082G
PRICE/GAL     $4.899
FUEL TOTAL  $ 20.00

FINAL PURCHASE
AMOUNT RECEIPT WITH
FULL TRANSACTION
DETAIL AVAILABLE
INSIDE

Car Wash Hours
8am until Dusk - Weather Permitting
Free Bronze Car Wash does EXPIRE
Please come again

```
Thank you for
shopping at ampm
   Store #818
 3201 20th Ave W
   Seattle, WA

  (206) 282-9944


DATE 8/9/25 11:39
TRAN#9030243
PREPAY TRAN# 1029573
PUMP# 03
SERVICE LEVEL: SELF
PRODUCT: UNLEADED
GALLONS:       6.668
PRICE/G:      $4.499
FUEL SALE    $30.00
VTWT PDF320Z   $4.99
VTWT PDF320Z   $4.99
MARLBORO:TPR $12.58
TAX            $2.34
TOTAL SALE   $54.90
   CASH     $100.00
   Change   $-45.10


   ARCO Quality
   TOP TIER fuels
  Customer service
 Tel 1-800-333-3991
 See you again soon
```

```
Thank you for
shopping at ampm
   Store #818
 3201 20th Ave W
   Seattle, WA

  (206) 282-9944


DATE 8/18/25 1:14
TRAN#9030550
PUMP# 03
SERVICE LEVEL: SELF
PRODUCT: UNLEADED
GALLONS:       4.258
PRICE/G:      $4.699
FUEL SALE    $20.01
   CREDIT    $20.01

SALE Receipt

CHASE VISA
************3386
Entry:Contactless IC
C
Auth #: 00408D
Resp Code: 000
Stan: 18828760344
Invoice #: 105142


AuthNet: VISA
MODE: Issuer
AID: A0000000031010
BP SITE ID: 3021813
VISA

   ARCO Quality
   TOP TIER fuels
  Customer service
 Tel 1-800-333-3991
 See you again soon
```

```
SEATTLE RECYCLE AND
 DISPOSAL STATION

    R E C E I P T

Bill Acct:CASH**
CASH CUSTOMERS

  SITE:NTS North Transfer Station
  DATE:08/08/25 TICKET#: 15886554
 TIME IN:01:01 PM   ID IN:RZE
 TIME OUT:01:19 PM  ID OUT:AGI
 TURNAROUND TIME:  18
    TRUCK:BTP6986
    ROUTE:Z-Not Specified

            LBS     TONS
    GROSS: 5600     2.80
    TARE:  4580     2.29
    NET:   1020     0.51

MATERIAL:          QTY      AMT
Garbage           1020    $84.15

       TIP FEE:   $84.15
      SPEC FEE:    $0.00
      TOTAL FEE:  $84.15


Payment Info:
Cash                       $20.00
Credit Card                $64.15
                         _____
              Change:       $0.00


SIGNATURE:_____
NOTE:


  IF YOU HAVE QUESTIONS, PLEASE
  CONTACT SPU AT (206)386-9790
   OR SPU_AR_TSB@SEATTLE.GOV.
       no payments over
   the phone/online accepted"

OF1
```

```
SEATTLE RECYCLE AND
DISPOSAL STATION
    R E C E I P T
--------------------------------
Bill Acct:CASH**
CASH CUSTOMERS

   SITE:NTS North Transfer Station
   DATE:08/10/25 TICKET#: 15887566
 TIME IN:12:39 PM    ID IN:MCA
 TIME OUT:12:50 PM   ID OUT:MGR
 TURNAROUND TIME:  11
    TRUCK:BTP6986
    ROUTE:Z-Not Specified
--------------------------------
            LBS     TONS
   GROSS:  5680     2.84
   TARE:   4660     2.33
   NET:    1020     0.51
--------------------------------
MATERIAL:           QTY     AMT
Garbage            1020   $84.15

        TIP FEE:  $84.15
        SPEC FEE:  $0.00
        TOTAL FEE: $84.15


Payment Info:
Cash                       $90.00
                   Change:  $5.85


SIGNATURE:_____
NOTE:

   IF YOU HAVE QUESTIONS, PLEASE
   CONTACT SPU AT (206)386-9790
   OR SPU_AR_TSB@SEATTLE.GOV.
       no payments over
   the phone/online accepted

OF1
```

```
SEATTLE RECYCLE AND
DISPOSAL STATION
    R E C E I P T
--------------------------------
Bill Acct:CASH**
CASH CUSTOMERS

   SITE:NTS North Transfer Station
   DATE:08/14/25 TICKET#: 15889776
 TIME IN:01:33 PM    ID IN:AGI
 TIME OUT:03:31 PM   ID OUT:RZE
 TURNAROUND TIME:  118
    TRUCK:D087830A
    ROUTE:Z-Not Specified
--------------------------------
            LBS     TONS
   GROSS:  8700     4.35
   TARE:   7640     3.82
   NET:    1060     0.53
--------------------------------
MATERIAL:           QTY     AMT
Garbage            1060   $87.45

        TIP FEE:  $87.45
        SPEC FEE:  $0.00
        TOTAL FEE: $87.45


Payment Info:
Credit Card                $87.45
                   Change:  $0.00


SIGNATURE:_____
NOTE:

   IF YOU HAVE QUESTIONS, PLEASE
   CONTACT SPU AT (206)386-9790
   OR SPU_AR_TSB@SEATTLE.GOV.
       no payments over
   the phone/online accepted

OF1
```

## Deseret Industries — Donation Receipt

Name of Donor: David Prior DATE 08/29/25 BJ

Items Donated: Clothes, shoes, furniture, electronics, TV, etc.

Estimated Value: 600.00

Survey ID: 8037

---

## Deseret Industries — Donation Receipt

Name of Donor: David Prior T 08/29/25 BJ

Items Donated: misc stuff from garage/table, reader/rack from shack, stuff

Estimated Value: 500.00

Survey ID: 8037

---

## TAX RECEIPT — THANK YOU

YOUR DONATIONS FUND OUR FREE JOB TRAINING AND EDUCATION PROGRAMS

Date: 07/29 - 8/12   City: Seattle (Burien)

| | Quantity (pieces, bags, boxes) | Estimated Value |
|---|---|---|
| Clothing | Suitcases, Trunks, clothes | $300 |
| Furniture | Tables, Chairs, Dressers | $200 |
| Books | | |
| Housewares | Kitchen gadgets/utensils | $100 |
| Other | Records, Electronics, other | $100 |

No goods or services were provided in exchange for this donation. Evergreen Goodwill of Northwest Washington is a 501(c)(3) nonprofit charitable institution and your donations are tax-deductible to the fullest extent allowed by law. IRS regulations prohibit charitable organizations from establishing or assigning value to donations. Keep this receipt for your federal tax return.

Please consult your tax advisor if you have any questions.



Evergreen Goodwill OF NORTHWEST WASHINGTON

Evergreen Goodwill of Northwest Washington • Tax ID #91-0568708
700 Dearborn Pl S., Seattle, WA 98144 • 1.877.GIVE4GOOD • evergreengoodwill.org/donate

# Estate Sale

## Sat-Sun 10-5

### 3057 42nd Avenue West

