The Honorable Christopher M. Alston
**Hearing Date:** October 2 2025
Time: 9:30 AM
**Location:** US Courthouse
700 Stewart St,
Room 7206
Seattle, WA 98101
**Response Due:** September 25, 2025

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: | BK No. 24-10218-CMA |
| Donald Lee Smith, Administrator for the Estate of Melanie Ann Smith, | Chapter 7 |
| Debtor. | |
| | FOURTH AMENDED NOTICE OF HEARING ON OBJECTION OF CLAIM NO. 2 FILED BY DEUTSCHE BANK NATIONAL TRUST COMPANY |

FOURTH AMENDED NOTICE OF HEARING ON
OBJECTION OF CLAIM NO. 2
FILED BY DEUTSCHE BANK
NATIONAL TRUST COMPANY

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Tel 1(202) 449-9010

Case 24-10218-CMA    Doc 225    Filed 09/17/25    Ent. 09/17/25 21:11:48    Pg. 1 of 2

|   |   |
|---|---|
| JUDGE: | The Honorable Christopher M. Alston |
| PLACE: | US Courthouse<br>700 Stewart Street<br>Courtroom 7206<br>Seattle, WA 98101 |
| DATE: | October 2, 2025 |
| TIME: | 9:30 AM |
| **RESPONSE DATE:** | **September 25, 2025** |

1   
2   **PLEASE TAKE NOTICE** that the hearing on Objection to Claim No. 2 Filed by
3   Deutsche Bank National Trust will be held on October 2, 2025

12   **IF YOU OPPOSE** the Motion, you must file your written response with the Court Clerk
13   and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is
14   **September 25, 2025**. If you file a response, you are also required to attend the hearing.

15   IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its
16   discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER
17   NOTICE, and strike the hearing. Objections not on file and served as set forth may be deemed
18   waived.

19   DATED this September 17, 2025

By: */s/ Christina L. Henry*
Christina L. Henry, WSBA #31273
DEVLIN LAW FIRM LLC
6100 219th St. SW
Ste. 480, PMB 398
Mountlake Terrace, WA 98043-2222
Tel: (206) 319-0077
chenry@devlinlawfirm.com

1

FOURTH AMENDED NOTICE OF HEARING ON
OBJECTION OF CLAIM NO. 2
FILED BY DEUTSCHE BANK
NATIONAL TRUST COMPANY

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010