Entered on Docket October 20, 2025

**Below is the Order of the Court.**



**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE, WASHINGTON

| | |
|---|---|
| In re:<br>MELANIE A SMITH, DONALD LEE SMITH, Administrator of the Estate of Melanie Ann Smith,<br><br>Debtors. | Case No. 24-10218-CMA<br><br>**ORDER APPOINTING**<br><br>**SETTLEMENT JUDGE** |

The Court has determined that it is appropriate to facilitate possible settlement via the involvement of a judicial settlement officer. It is therefore ORDERED that:

1. United States Bankruptcy Judge Mary Jo Heston (the "Settlement Judge") is appointed as a settlement judge to assist in resolving disputes between parties Michael Klein, Chapter 7 Trustee; Donald Smith, administrator for the estate of Melanie Smith, Debtor; Stephen Fry, purchaser of the property at issue; first-place deed of trust holder on the property at issue; second-place deed of trust holder, arising from or related to whether the court properly approved the sale of the Debtor's homesteaded

property over the Debtor's objections and Debtor's objection to the claim of Deutsche Bank, the second-place deed of trust holder, on statute of limitations grounds.

2. Each party identified above is authorized to take all steps necessary or appropriate to participate in scheduling and settlement conferences with the Settlement Judge.

3. The parties should confer regarding the date and time of a status conference before the Settlement Judge and are directed to contact Alice Timken at alice_timken@wawb.uscourts.gov for scheduling purposes and to address any other details related to the settlement conference. Once scheduled, the Settlement Judge may issue a separate document establishing procedures regarding one or more settlement conferences and will schedule pre-mediation conferences with counsel prior to any scheduled mediation.

4. Unless ordered by this Court, the appointment of the Settlement Judge and related processes do not delay or stay any otherwise applicable discovery deadlines, pretrial hearing dates, briefing schedules, or trial schedules.

5. The Settlement Judge is being appointed because of her judicial position as, and to act in the specific capacity as, a United States Bankruptcy Judge. By serving as a settlement judge, the Settlement Judge performs judicial duties. *See, e.g.*, Fed. R. Civ. P. 16(a)(5), (c)(2)(I), made applicable by Fed. R. Bankr. P. 7016; Code of Conduct for United States Judges, Canon 3(A)(4)(d). As such, the Settlement Judge and all court employees assisting the Settlement Judge will have full, unqualified judicial immunity, as well as all other privileges, immunities, and protections of a United States Bankruptcy Judge and judiciary employees, regarding any matters arising from or related to the Settlement Judge's role as settlement judge.

6. All documents and statements by the parties, attorneys, the Settlement Judge, any court employees, or other participants that are presented or made during the settlement process will in all respects be privileged, not reported, recorded, placed

into evidence, made known to the court, or construed for any purpose as an admission. No party is bound by any statement made or act taken during the settlement process unless a settlement is reached, in which event the settlement terms must be reduced to writing or recited and agreed on the record.

7. The Court retains exclusive jurisdiction and power regarding all matters arising from or related to (i) this order and (ii) the Settlement Judge's role as settlement judge.

/ / / End of Order / / /